**LAW OFFICES OF MITCHELL C. ELMAN, P.C.**
377 OAK STREET, SUITE 415
GARDEN CITY, NY 11530
Telephone   (516) 586-6666
Facsimile    (516) 345-2517



July 22, 2020

VIA ECF

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  USA v. Joiffrey Urena
     19-CR-00690 (KPF)

Dear Judge Failla,

My office represents Mr. Urena. We are respectfully requesting that Mr. Urena's bail conditions be modified from home incarceration to home detention to allow Mr. Urena to work. Mr. Urena has maintained full compliance with his release conditions. This application is on consent of Assistant United States Attorney Nicholas Chiuchiolo and Bernisa M. Mejia, Intensive Supervision Specialist of U.S. Pretrial Services.

Thank you for your consideration.

Respectfully submitted,

MITCHELL C. ELMAN

Cc:  AUSA Nicholas Chiuchiolo
     Bernisa M. Mejia, U.S. Pretrial Services

```
Application GRANTED, on the condition that Defendant Urena
continues to maintain employment that is verified by Pretrial
Services.

                                        SO ORDERED.
Dated:     July 22, 2020
           New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE
```