UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JOIFFREY URENA,

Defendant.

19 Cr. 690 (KPF)

SCHEDULING ORDER

KATHERINE POLK FAILLA, District Judge:

The parties are directed to appear for a change of plea hearing on

November 4, 2020, at 2:30 p.m. in Courtroom 618 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   October 23, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge