

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2020

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Joiffrey Urena, a/k/a "Jeff," a/k/a "Jay,"* 19 Cr. 690 (KPF)

Dear Judge Failla:

The Government respectfully writes to correct the spelling of the above-referenced defendant's name. The correct spelling of the defendant's name is "Jeffrey Urena." Accordingly, the Government respectfully requests that the Court direct the criminal clerk's office in this District to change the docket in this case to reflect the correct spelling of the defendant's name: "Jeffrey Urena." The defendant, through his counsel, Mitchell Elman, Esq., joins the Government's request.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: /s/ Nicholas W. Chiuchiolo
    Aline Flodr/ Mollie Bracewell/ Nicholas Chiuchiolo
    Assistant United States Attorney
    (212) 637-1110/-2218/-1247

cc: Counsel of Record for All Defendants (By ECF)

---

Application GRANTED. The Clerk of Court is directed to change the docket in this case to reflect the correct spelling of Defendant's name, from "Joiffrey Urena" to "Jeffrey Urena."

Dated:    December 3, 2020
            New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE